■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER DOUD, Appellant. [720 NYS2d 871] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that County Court abused its discretion by failing

to grant him an adjournment to permit him to call a defense witness. "Defendant failed to demonstrate that [the] witness[ ] would provide testimony that was material and favorable to the defense" (*People v Tillman*, 261 AD2d 854, 855, *lv denied* 93 NY2d 980; *see, People v Benson*, 260 AD2d 864, 865, *lv denied*, 93 NY2d 966). Defendant failed to preserve for our review his contention that the court failed to marshall the evidence in an even-handed manner (*see*, CPL 470.05 [2]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see*, CPL 470.15 [6] [a]). (Appeal from Judgment of Yates County Court, Falvey, J.—Felony Driving While Intoxicated.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.